1
2
3
4
5
6
7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JULIO NAVARRETE,

11              Plaintiff,                         No. CIV S-11-1076 GGH P

12       vs.

13  ROBERT BARNES, et al.,

14              Defendants.                        ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20  certified copy of his prison trust account statement for the six month period immediately

21  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22  opportunity to submit a completed in forma pauperis application and a certified copy in support

23  of his application.

24  /////
25  /////
26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 2, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
nava1076.3c+.new