IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO NAVARRETE,

    Plaintiff,                    No. CIV S-11-1076 GGH P

    vs.

ROBERT BARNES, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 5. By order filed May 2, 2011, the court granted plaintiff twenty-eight days to file a new application to proceed in forma pauperis. The twenty-eight day period has now expired, and plaintiff has not filed a new application to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 7, 2011

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB - nava1076.fta

1